

FILED

SEP 10 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 12-20-GF-SEH |
| Plaintiff/Respondent, | |
| vs. | |
| CHARLES EDWARD JACKSON, | |
| Defendant/Movant. | |

On August 6, 2013, Defendant Charles Edward Jackson ("Jackson") moved to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Jackson is a federal prisoner proceeding pro se.

On August 19, 2013, the United States Supreme Court received a petition for writ of *certiorari* from Jackson. *Jackson v. United States*, No. 13-6008 (docketed Aug. 23, 2013). District courts do not consider § 2255 motions while a direct appeal is pending. *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987) (as amended); *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991); Rule 5, Rules Governing

1

Section 2255 Proceedings for the United States District Courts, advisory committee's note (quoting *Womack v. United States*, 395 F.2d 630, 631 (D.C. Cir. 1968)). This is well-settled law. A certificate of appealability is not warranted. *Gonzalez v. Thaler*, ___ U.S. ___, 132 S. Ct. 641, 648 (2012) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

ORDERED:

1. Jackson's motion to vacate, set aside, or correct the sentence (doc. 49) is DISMISSED.

2. A certificate of appealability is DENIED.

3. The Clerk of Court shall enter a judgment of dismissal in Cause No. CV 13-64-GF-SEH.

DATED this 10th day of September, 2013.

Sam E. Haddon
United States District Court

2